# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSE D. NOBLE, A/K/A JESSE
NOBEL, JR.,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 79739

**FILED**

OCT 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on April 11, 2019. Appellant did not file the notice of appeal, however, until September 30, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely appeal fails to vest jurisdiction in this court). Untimely appeals from judgments of conviction are allowed only when the procedure under NRAP 4(c) has been followed and the district courts enters a written order finding that the petitioner has a valid appeal-deprivation claim and concluding that the petitioner is entitled to a direct appeal. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-43201

cc: Hon. Michael Villani, District Judge
Hon. Cristina D. Silva, District Judge
Jesse D. Noble
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk